Núm. 8874.—PUEBLO, apldo. *v.* LÓPEZ, aplte.—C. D. San Juan. Diciembre 10, 1941.

(Por la Corte, a propuesta del Juez Asociado Sr. De Jesús.)

POR CUANTO, la palabra "asesino" dicha falsa, pública y maliciosamente, dirigida a otra persona, es calumniosa *per se* a menos

que de las circunstancias concurrentes resulte que el acusado no la pronunció con el propósito de imputar la comisión de un delito público, sino como un vituperio o insulto;

POR CUANTO, examinadas las circunstancias todas de este caso, resulta que el acusado no tuvo la intención de imputar la comisión del delito de asesinato, ni pudo inferirse de ellas que el público interpretara que tal imputación se hizo;

POR TANTO, vista la sección 1 de la Ley para definir y castigar el delito de calumnia e injuria (*slander*), Código Penal, ed. 1937, pág. 173, lo resuelto en los casos de *Palóu* v. *Ríos,* 23 D.P.R. 363, y *Morrissette* v. *Beatle,* (1941, R. I.), 17 A. (2d) 464, y las monografías que aparecen en L.R.A. 1917-D 205, y 37 A.L.R. 883, se revoca la sentencia apelada que dictó la Corte de Distrito de San Juan en 20 de noviembre de 1940, y se absuelve al acusado.